UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CLIC GOOGLES,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ISABEL GUGYELA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-06369 LB<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

Plaintiff filed a complaint against Defendants on December 16, 2011.  Complaint, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant.  Fed. R. Civ. P. 4(m).  This means that in this case Plaintiff had until April 16, 2012 to serve Defendants.  Fed. R. Civ. P. 4(m), 6(a)(1)(C).  To date, Plaintiff has filed no proof that Defendants have been served.  *See generally* Docket.

Accordingly, the court ORDERS Plaintiff to show cause by October 1, 2012 why this case should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-06369 LB
ORDER TO SHOW CAUSE