UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| CLIC GOOGLES, | No. C 11-06369 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO RESPOND TO PREVIOUS ORDER TO SHOW CAUSE** |
| v. | |
| ISABEL GUGYELA, et al., | |
| Defendants. | |

Plaintiff filed a complaint against Defendants on December 16, 2011. Complaint, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiff had until April 16, 2012 to serve Defendants. Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that Defendants have been served. *See generally* Docket.

The court previously ordered Plaintiff to show cause by October 1, 2012 why this case should not be dismissed without prejudice for failure to prosecute. First Order to Show Cause, ECF No. 8. Plaintiff never responded to the court's order.

Accordingly, the court **ORDERS** Plaintiff to show cause why this action should be dismissed for failure to prosecute and **ORDERS** Plaintiffs' counsel to show cause why he should not be sanctioned for failing to comply with the court's previous order to show cause. Plaintiff and its counsel **SHALL** do so by filing a written response no later than Thursday, January 17, 2013. The

court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-06369 LB
ORDER TO SHOW CAUSE

2